IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ANDY L. SMITH | § | |
| v. | § | CIVIL ACTION NO. 6:07CV347 |
| AMERICAN POSTAL WORKERS UNION LOCAL #1477, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Motion for Summary Judgment (document #44) be denied. Plaintiff filed written objections on May 30, 2008.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Summary Judgment (document #44) is **DENIED**.

**SIGNED this 3rd day of June, 2008.**

N:\Civil\Referrals\Smith, Andy - order adopting R&R.wpd

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE